UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————X
ALLIANZ GLOBAL RISKS U.S.
INSURANCE COMPANY, as subrogee of
STAGE STORES, INC.

                   Plaintiff,

  – against –

L'OREAL U.S.A.,

                  Defendant.
——————————————————X

Civil Action No. 07 CV 2941

Judge Pauley

NOTICE OF REMOVAL OF CIVIL
ACTION TO FEDERAL COURT

RECEIVED APR 12 2007 U.S.D.C. S.D.N.Y. CASHIERS

**TO:** THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AND ALL INTERESTED PERSONS

PLEASE TAKE NOTICE that L'Oréal USA, Inc., the above-named defendant, by and through its attorneys, Pezold, Smith, Hirschmann & Selvaggio, LLC, hereby respectfully submits its notice to remove the above-entitled action from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1446. In support of this notice, L'Oréal states as follows:

1. On or about March 16, 2007, plaintiff Allianz Global Risks U.S. Insurance Company ("Allianz"), as subrogee of Stage Stores, Inc., commenced the above-entitled action in the Supreme Court for the State of New York, County of New York, under Index No. 103600/2007.

2. On or about March 20, 2007, L'Oréal was served with the summons and verified complaint, a copy of which is attached hereto as **Exhibit A**.

3. On April 9, 2007, L'Oréal served its verified answer to the complaint on counsel for Allianz, a copy of L'Oréal's verified answer to the complaint is attached hereto as **Exhibit B**.

4. There are no other defendants to this action except L'Oréal.

5. Plaintiff is incorporated under the laws of the State of California with its principal place of business in Burbank, California, and as such is a resident of California.

6. L'Oréal is incorporated under the laws of the State of Delaware with its principal place of business at 575 Fifth Avenue, New York, New York, and as such is a resident of New York.

7. Plaintiff is seeking damages in the amount of $420,940.81 based upon causes of action alleging negligence and breach of contract.

8. Plaintiff's action within the Supreme Court of the State of New York falls within the jurisdiction of the federal court by virtue of 28 U.S.C. § 1332, in that the parties to this action are citizens of different states and the matter in controversy exceeds $75,000 excluding interest and costs.

9. This Notice for Removal was filed within thirty days of receipt of Plaintiff's complaint in this action, as required by 28 U.S.C. § 1446(b).

10. No previous application for the relief sought herein has been made to this or any other court.

WHEREFORE, L'Oréal prays that the above-entitled action now pending in the Supreme Court of the State of New York, County of New York, be removed from said state court to this Court, the United States District Court for the Southern District of New York.

Dated: April 11, 2007
      Huntington, New York

                        Respectfully submitted,

                        PEZOLD, SMITH, HIRSCHMANN & SELVAGGIO, LLC
                        *Attorneys for Defendant L'OrealUSA, Inc.*

                        Raymond A. Selvaggio (RS-6015)

                        120 Main Street
                        Huntington, New York 11743
                        Tel. (631) 427-0100