UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────── X
ALLIANZ GLOBAL RISKS U.S.　　　　　　　Civil Action No. 07-CV-2941 (WHP)
INSURANCE COMPANY, as subrogee of　　　ECF CASE
STAGE STORES, INC.

　　　　　　　　　Plaintiff,

　　　　– against –　　　　　　　　　　　**RULE 7.1 STATEMENT**

L'OREAL U.S.A.,

　　　　　　　　　Defendant.
─────────────────────────────── X

　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant L'ORÉAL USA, INC. (a private non-governmental party) certifies that it is a wholly owned subsidiary of **L'Oréal SA** (a French société anonyme), and that approximately 27% of **L'Oréal SA** is owned by **Nestlé SA** (a Swiss company). Defendant L'ORÉAL USA, INC. further certifies that there are no other corporate parents, affiliates or subsidiaries of said party which are publicly held.

Dated: April 11, 2007
　　　　Huntington, New York

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　PEZOLD, SMITH, HIRSCHMANN & SELVAGGIO, LLC
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant L'OrealUSA, Inc.*


　　　　　　　　　　　　　　　　　　　*/s/*
　　　　　　　　　　　　　　　　　　　Raymond A. Selvaggio

　　　　　　　　　　　　　　　　　　　120 Main Street
　　　　　　　　　　　　　　　　　　　Huntington, New York 11743
　　　　　　　　　　　　　　　　　　　Tel. (631) 427-0100