

**DENENBERG TUFFLEY, PLLC**
Attorneys

21 E. Long Lake Rd., Suite 200
Bloomfield Hills, MI 48304

Telephone: (248) 549-3900
Facsimile: (248) 593-5808

Melinda A. Davis
Direct Dial (248) 203-2750
Email: mad@gd-llc.com

Bloomfield Hills, MI
Los Angeles, CA

*Application granted. The IPTC is rescheduled to 9/20/07 at 10:00 a.m.*

*SO ORDERED:*

*WILLIAM H. PAULEY III U.S.D.J.*

*8/28/07*

July 18, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/07

*Via U.S. Mail*

The Honorable William H. Pauley III, USDJ
U.S. District Court, Southern District of New York
500 Pearl Street
Chambers 2210
New York, New York 10007

    Re:    *Allianz Global Risks US Insurance Company, as subrogee of Stage Stores, Inc. v. L'Oreal U.S.A.*
           Case No. 07-Civ-2941 (WHP)
           Our File No: 36.403

Dear Honorable Sir:

    This firm represents the plaintiff, Allianz Global Risks US Insurance Company, in the above-referenced matter. We are in receipt of an Order scheduling the initial pretrial conference before Your Honor on August 10, 2007 at 9:45 a.m. We are also in receipt of an adjournment request from Defendant.

    We are writing to express our consent to the adjournment of the conference from August 10, 2007. Per your Order, parties are to provide dates and times on Fridays for adjournment availability. We are available Friday, August 17, 2007, and Friday, August 31, 2007, at any time during the day which Your Honor is available.

DENENBERG TUFFLEY, PLLC

The Honorable William H. Pauley III, USDJ
Page 2
July 18, 2007

    Thank you for your attention to this matter. Should you have any questions or concerns, do not hesitate to contact the undersigned.

                    Very truly yours,

                    DENENBERG TUFFLEY, PLLC

                    Melinda A. Davis

MAD/vmk

Cc:    Averim Stavsky, Esq.
        Raymond A. Selvaggio, Esq.

151062_1