UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ALLIANZ GLOBAL RISKS U.S. INSURANCE :
COMPANY,                            :   07 Civ. 2941 (WHP)(HBP)
                                    :
                         Plaintiff, :
                                    :   ORDER OF REFERENCE
     -against-                      :   TO A MAGISTRATE JUDGE
                                    :
L'OREAL U.S.A.,                     :
                                    :
                                    :
                        Defendant.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/07

     The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ____ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositve Motion/Dispute:* _____ _____ | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| _X_ | Settlement* | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| | | | All such motions: ____ |

============================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: September 20, 2007
       New York, New York

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE
                                                  WILLIAM H. PAULEY III

*Copies mailed to*:

Melinda A. Davis, Esq.
Denenberg Tuffley, P.L.L.C.
21 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
*Counsel for Plaintiff*

Raymond Selvaggio, Esq.
Pezold, Smith, Hirschmann & Selvaggio, LLC
120 Main Street
Huntington, NY 11743
Counsel for Defendant
*Counsel for Plaintiff*

Hon. Henry B. Pitman