UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ALLIANZ GLOBAL RISKS U.S. INSURANCE
COMPANY,

                      Plaintiff,

     -against-

L'OREAL U.S.A.,

                      Defendant.
----------------------------------------------------------X

07 Civ. 2941 (WHP)

SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/07

WILLIAM H. PAULEY III, District Judge:

        Counsel in this civil action having appeared before the Court for an initial pre-trial conference on September 20, 2007, the following schedule is established on consent of the parties:

        1.    The parties shall disclose the identities of any experts by January 31, 2008;

        2.    If experts are identified, the parties shall exchange expert reports by February 20, 2008;

        3.    All discovery shall conclude by March 31, 2008;

        4.    Counsel shall submit a joint pre-trial order in accord with this Court's Individual Practices by April 30, 2008; and

        5.    A final pre-trial conference shall be held on May 9, 2008 at 10:30 a.m.

Dated: September 20, 2007
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record:*

Melinda A. Davis, Esq.
Denenberg Tuffley, P.L.L.C.
21 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
*Counsel for Plaintiff*

Raymond Selvaggio, Esq.
Pezold, Smith, Hirschmann & Selvaggio, LLC
120 Main Street
Huntington, NY 11743
*Counsel for Defendant*