UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALLIANZ GLOBAL RISKS U.S.  :  Index No: 07 Civ. 2941 (WHP)
INSURANCE COMPANY, as subrogee of  :
STAGE STORES, INC.,  :
  :
                         Plaintiff,  :  **AFFIRMATION OF SERVICE**
  :
     - against -  :
  :
L'OREAL U.S.A.,  :
  :
                        Defendant.  :
-----------------------------------------------------------X

     I, Averim Stavsky, an attorney duly admitted to practice before the Courts of the State of New York, hereby affirms the following to be true under penalty of perjury:

     On this 30th day of October, 2007, I electronically filed **PLAINTIFF'S RULE 26(a)1 DISCLOSURES** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Raymond A. Selvaggio
PEZOLD, SMITH, HIRSCHMANN
  & SELVAGGIO, LLC
120 Main Street
Huntington, NY  11743

                                          BUDD LARNER, P.C.

                      By:       /s/
                                  Averim Stavsky
                                  Attorneys for Plaintiff
                                  Allianz Global Risks U.S. Insurance
                                  Company, as subrogee of
                                  Stage Stores, Inc.
                                  11 Penn Plaza, 5th Floor
                                  New York, New York  10001
                                  (212) 946-2798

                                  - and –

Denenberg Tuffley, PLLC
21 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
(248) 549-3900

00164560