USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

BUDD LARNER, P.C.
Averim Stavsky, Esq. (AS-5238)
Attorneys for Plaintiff
Allianz Global Risks U.S. Insurance
Company, as subrogee of Stage Stores, Inc.
140 Broadway, 46th Floor
New York, New York 10005
(212) 858-7700

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------X
ALLIANZ GLOBAL RISKS U.S.                      : Case No.: 07-CV-2941 (WHP)
INSURANCE COMPANY, as subrogee of              :
STAGE STORES, INC.,                            :
                                               :
                              Plaintiff,       : [PROPOSED] ORDER ADMITTING
                                               : COUNSEL *PRO HAC VICE*
             - against -                       :
                                               :
L'OREAL U.S.A.,                                :
                                               :
                              Defendant.       :
-----------------------------------------------------------X

Upon consideration of the Motion by plaintiff, Allianz Global Risks U.S. Insurance Company, as subrogee of Stage Stores, Inc., for the admission of Melinda A. Davis, Esq., *pro hac vice*, and the Certificates of Good Standing submitted therewith; and good cause appearing therefore, now, therefore,

It is hereby ORDERED that

The Motion is granted and that Melinda A. Davis, Esq. Is admitted to practice *pro hac vice* as counsel for the plaintiff, Allianz Global Risks U.S. Insurance Company, as subrogee of Stage Stores, Inc., in the above-captioned action.

IT IS SO ORDERED.

Dated: New York, New York
       ~~October __, 2007~~
       November 1, 2007                        _____
                                               William H. Pauley, III
                                               United States District Judge

Allianz-L'Oreal – Order Admitting pro hac vice (M. Davis) 101207.doc