USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALLIANZ GLOBAL RISKS U.S. : Index No: 07 Civ. 2941 (WHP)
INSURANCE COMPANY, as subrogee of :
STAGE STORES, INC., : Filed:
:
: 
            Plaintiff, :
    - against - : **REVISED SCHEDULING**
: **ORDER**
L'OREAL U.S.A., :
:
            Defendant. :
----------------------------------------------------------------X

WILLIAM H. PAULEY III, District Judge:


The following schedule is established on consent of the parties:


1.   The parties shall disclose the identities of any experts by 5/1/08;

2.   If experts are identified, the parties shall exchange expert reports by 5/21/08;

3.   All discovery shall conclude by 6/29/08;

4.   Counsel shall submit a joint pre-trial order in accord with this Court's Individual Practices by 7/29/08; and

5.   A final pre-trial conference shall be held on ~~8/7/08~~. 8/8/08


Dated: March 31, 2008
New York, New York


                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY, III
                                        U.S. DISTRICT COURT JUDGE


{ 00179499.DOC /}