UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALLIANZ GLOBAL RISKS U.S.                  :
INSURANCE COMPANY, as subrogee of          :
STAGE STORES, INC.,                        :
                                           :
                              Plaintiff,   :
           - against -                     :
                                           :   **REVISED SCHEDULING**
                                           :   **ORDER**
L'OREAL U.S.A.,                            :
                                           :
                              Defendant.   :
------------------------------------------------------------X

Index No: 07 Civ. 2941 (WHP)

Filed:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

WILLIAM H. PAULEY III, District Judge:

The following schedule is established on consent of the parties:

1. The parties shall disclose the identities of any experts by 6/15/08;

2. If experts are identified, the parties shall exchange expert reports by 7/5/08;

3. All discovery shall conclude by 8/13/08;

4. Counsel shall submit a joint pre-trial order in accord with this Court's Individual Practices by 9/12/08; and

5. ~~A final pre-trial conference shall be held on 9/21/08.~~ A final pretrial conference shall be held on September 19, 2008 at 12:00 p.m.

Dated: June 30, 2008
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY, III
U.S. DISTRICT COURT JUDGE

{ 00191282.DOC /}