USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/68

UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X
ALLIANZ GLOBAL RISKS U.S.
INSURANCE COMPANY, as subrogee of
STAGE STORES, INC.

               Plaintiff,

– against –

L'OREAL U.S.A.,

               Defendant.
———————————————————X

Civil Action No. 07 Civ. 2941 (WHP)

**REVISED SCHEDULING ORDER**

WILLIAM H. PAULEY, III, District Judge:

The following schedule is established on consent of the parties:

1. The parties shall disclose the identities of experts by 8/15/08;

2. If experts are identified, the parties shall exchange expert reports by 9/5/08;

3. All discovery shall conclude by 10/13/08;

4. Counsel shall submit a joint pre-trial order in accord with this Court's Individual Practices by 11/12/08; and

5. A final pretrial conference shall be held on ~~November 19, 2008 at 12:00pm.~~ November 21, 2008 at 11:30 a.m.

Dated: August 6, 2008
       New York, New York

SO ORDERED:

_____
WILLIAM H. PUALEY, III
United States District Judge