UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ALLIANZ GLOBAL RISKS U.S. INSURANCE     :
COMPANY,                                                                     07 Civ. 2941 (WHP)
                                                                  :
                                   Plaintiff,                                ORDER
                                                                  :
            -against-
                                                                  :
L'OREAL U.S.A.,
                                                                  :
                                   Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/09
```

   For the reasons set forth on the record during this Court's hearing of October 23, 2009, Defendant L'Oreal U.S.A.'s motion for summary judgment on all of Plaintiff's claims is granted. The Clerk of Court is directed to mark the case closed.

Dated: October 23, 2009
   New York, New York

              SO ORDERED:

              _____
              WILLIAM H. PAULEY III
              U.S.D.J.

*Counsel of Record:*

Melinda A. Davis
Denenberg Tuffley, PLLC
28411 Northwestern Highway
Suite 600
Southfield, MI 48034
*Counsel for Plaintiff*

Raymond Selvaggio, Esq.
Pezold, Smith, Hirschmann & Selvaggio, LLC
120 Main Street
Huntington, NY 11743
*Counsel for Defendant*